UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                    Case No. 05-cr-99-01-SM

Marcelo Moraes

O R D E R

Defendant's assented-to motion to continue the trial (document no. 19) is granted. Trial has been rescheduled for the September 2007 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than May 25, 2007. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

**No further continuances absent extraordinary circumstances.**

Final Pretrial Conference:   August 24, 2007 at 2:30 PM

Jury Selection:   September 5, 2007 at 9:30 AM

SO ORDERED.

May 21, 2007

Steven J. McAuliffe
Chief Judge

cc:   Robert Kinsella, Esq.
   Jeffrey Levin, Esq.
   U. S. Probation
   U. S. Marshal